| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Patrick F McSweeney** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6203** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **7**   **10/12/20** |
| Case number:   **20–18562** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Patrick F McSweeney | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 11 N Main St <br> Apt 1NW <br> Mount Prospect, IL 60056 | | |
| 4. | **Debtor's attorney** <br> Name and address | Jennifer A Filipiak <br> Sulaiman Law Group <br> 2500 S. Highland Ave <br> Suite 200 <br> Lombard, IL 60148 | | Contact phone (630) 575–8181 <br> Email: jfilipiak@iladvocates.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Richard M. Fogel <br> Cozen O'Connor <br> 123 N. Wacker Drive <br> Suite 1800 <br> Chicago, IL 60606 | | Contact phone 312–474–4452 <br> Email: rfogel@cozen.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 10/13/20 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2020 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **Appear by Telephone. For instructions,, visit: www.justice.gov/ust–regions–r11/, region–11–northern–district–illinois** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/19/21** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-18562-DRC
Patrick F McSweeney Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: abowles     Page 1 of 3
Date Rcvd: Oct 13, 2020     Form ID: 309A     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick F McSweeney, 11 N Main St, Apt 1NW, Mount Prospect, IL 60056-2461 |
| tr | + | Richard M. Fogel, Cozen O'Connor, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606-1770 |
| 29066951 | + | Ad Astra Recovery, 7330 W 33rd St N, Suite 118, Wichita, KS 67205-9370 |
| 29066956 | + | Big Picture Loans, Attn: Customer Supprt, P.O. Box 704, Watersmeet, MI 49969-0704 |
| 29066958 | + | Blue River Lending, PO Box 1182, Lac Du Flambeau, WI 54538-1182 |
| 29066962 | | Christopher J. Maurer, Suburban Law Group, LLC, 1885 Rohlwing Rd, Suite D, Rolling Meadows, IL 60008 |
| 29066973 | + | Encore Fcu, 25 E Algonquin Rd, Des Plaines, IL 60016-6101 |
| 29066975 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 29066976 | + | Gail F. Darnell, 4755 Main St, Unit 435, Lisle, IL 60532-1878 |
| 29066977 | + | Global Payments, Po Box 66118, Chicago, IL 60666-0097 |
| 29066979 | + | Kahn Sanford LTD, 180 N LaSalle St, Suite 2025, Chicago, IL 60601-2611 |
| 29066980 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 29066983 | + | MB Financiall Bank, 6111 N River Road, Rosemont, IL 60018-5111 |
| 29066987 | + | Rapital Capital, Midwest Fidelity Services, LLC, 103 S. Main Street, Ottawa, KS 66067-2327 |
| 29066993 | + | Target Cash Now, PO Box 516, Hays, MT 59527-0516 |
| 29066995 | + | Tremont Lending, PO Box 82, Finley, CA 95435-0082 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jfilipiak@iladvocates.com | Oct 14 2020 01:22:00 | Jennifer A Filipiak, Sulaiman Law Group, 2500 S. Highland Ave, Suite 200, Lombard, IL 60148 |
| 29066952 | + | EDI: AFNIRECOVERY.COM | Oct 14 2020 03:53:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 29066953 | + | EDI: AMEREXPR.COM | Oct 14 2020 03:53:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29066955 | + | EDI: BANKAMER.COM | Oct 14 2020 03:43:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29066954 | + | EDI: BANKAMER.COM | Oct 14 2020 03:43:00 | Bank of America, 4909 Savarese Cir, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29066957 | + | Email/Text: bk@blittandgaines.com | Oct 14 2020 01:24:00 | Blitt & Gaines PC, 661 Glenn Ave, Wheeling, IL 60090-6017 |
| 29066959 | + | EDI: CAPITALONE.COM | Oct 14 2020 03:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29066960 | + | EDI: CAPITALONE.COM | Oct 14 2020 03:53:00 | Capital One/Carson, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29066963 | + | EDI: CITICORP.COM | | |

Case 20-18562    Doc 9    Filed 10/15/20    Entered 10/15/20 23:32:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0752-1 | User: abowles | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 309A | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 14 2020 03:53:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29066964 | + | EDI: CITICORP.COM | Oct 14 2020 03:53:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 29066965 | + | EDI: WFNNB.COM | Oct 14 2020 03:53:00 | Comenity Bank/Carsons, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 29066966 | + | EDI: CONVERGENT.COM | Oct 14 2020 03:53:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 29066967 | + | Email/Text: bankruptcy@credencerm.com | Oct 14 2020 01:28:00 | Credence Resource Management, LLC, 17000 Dallas Pkwy, Suite 204, Dallas, TX 75248-1940 |
| 29066969 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2020 01:41:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29066968 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2020 01:41:57 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29066971 | | EDI: CITICORP.COM | Oct 14 2020 03:53:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 29066970 | | EDI: IRS.COM | Oct 14 2020 03:53:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29066978 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 14 2020 01:26:00 | Illinois Department of Revenue, Bankruptcy Unit, PO Box 19035, Springfield, IL 62794-9035 |
| 29066961 | | EDI: JPMORGANCHASE | Oct 14 2020 03:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29066984 | + | Email/Text: bankruptcy@ncaks.com | Oct 14 2020 01:23:00 | National Credit Adjusters, LLC, 327 W 4th Ave, Po Box 3023, Hutchinson, KS 67504-3023 |
| 29066985 | + | EDI: AGFINANCE.COM | Oct 14 2020 03:43:00 | OneMain Financial, Attn: Bankruptcy, 601 2nd St, Evansville, IN 47708-1013 |
| 29066986 | | EDI: PRA.COM | Oct 14 2020 03:53:00 | Portfolio Recovery Associates LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 29066988 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2020 01:43:19 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 29066989 | + | Email/Text: compliance@sentrycredit.com | Oct 14 2020 01:28:00 | Sentry Credit, Inc., Attn: Bankruptcy, Po Box 12070, Everett, WA 98206-2070 |
| 29066990 | + | Email/Text: mprice@magesandprice.com | Oct 14 2020 01:28:00 | Short Term Loans c/o Mages & Price, 1110 W. Lake Cook Road, Suite 385, Buffalo Grove, IL 60089-1992 |
| 29066991 | + | Email/Text: bankruptcy@speedyinc.com | Oct 14 2020 01:24:00 | Speedy Cash, 8400 E. 32nd Street N., Wichita, KS 67226-2608 |
| 29066992 | + | EDI: STFM.COM | Oct 14 2020 03:53:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710-0001 |
| 29066994 | | EDI: TFSR.COM | Oct 14 2020 03:53:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 29066996 | | EDI: USBANKARS.COM | Oct 14 2020 03:53:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29066982 | | Maxlend Loan |
| 29066997 | | Zocal Loan |
| 29066972 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 29066974 | ##+ | Encore Federal Credit Union, 25 E Algonquin Rd, Des Plaines, IL 60016-6101 |
| 29066981 | ##+ | Markoff Law LLC, 29 N Wacker Dr, Suite 550, Chicago, IL 60606-2851 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                                  Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Filipiak | on behalf of Debtor 1 Patrick F McSweeney jfilipiak@iladvocates.com  kyle@iladvocates.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard M. Fogel | rfogel@cozen.com  il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |

TOTAL: 3